UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COREY SHANNON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:22 CV 484 MTS |
| STATE OF MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for an extension of time to file his amended complaint, as well as a motion to proceed in forma pauperis. Plaintiff indicates that he was released from confinement on May 26, 2022, and he seeks the additional time to file an amended complaint and motion to proceed in forma pauperis so that he may seek counsel to assist him in amending his pleading and understanding the Court's proceedings.

The Court will provide plaintiff an additional thirty (30) days to amend his complaint and file a motion to proceed in forma pauperis or pay the full $402 filing fee in this action. Because plaintiff is now released from confinement, he will also be required to update his address with the Court within thirty (30) days.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to amend his complaint and file his motion to proceed in forma pauperis, or pay the full filing fee, Doc. [4], is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall provide plaintiff a blank Prisoner Civil Rights Complaint form and Motion to Proceed in Forma Pauperis – Prisoner Cases form.

**IT IS FURTHER ORDERED** that plaintiff's amended complaint, as well as his motion to proceed in forma pauperis, or payment of the full filing fee of $402, will be due to the Court no later than thirty (30) days from the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that plaintiff's amended complaint must be filed in compliance with the Court's instructions, as set forth in the Court's May 4, 2022 Memorandum and Order.

**IT IS FURTHER ORDERED** that plaintiff shall file a notice, within thirty (30) days, of his updated address. His failure to do so will result of a dismissal of this action, without prejudice. *See* Local Rule 2.06(B).

**IT IS FURTHER ORDERED** that plaintiff's failure to timely comply with this Memorandum and Order shall result in a dismissal of this action, without prejudice and without further notice.

Dated this 1st day of June, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE